**F I L E D**
CLERK, U.S. DISTRICT COURT

9/22/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW KYLE WILLIAMS,<br>  aka "iammrdrew88,"<br>  aka "hometech89@gmail.com,"<br>  aka "iamMrDrew90,"<br><br>        Defendant. | Case No. 8:21-cr-00170-VAP<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2252A(a)(2)(A),<br>(b)(1): Distribution of Child<br>Pornography; 18 U.S.C.<br>§§ 2252A(a)(5)(B), (b)(2):<br>Possession of Child Pornography;<br>18 U.S.C. § 2253: Criminal<br>Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about May 20, 2020, in Orange County, within the Central District of California, defendant ANDREW KYLE WILLIAMS, also known as ("aka") "iammrdrew88," aka "hometech89@gmail.com," aka "iamMrDrew90," knowingly distributed an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, an Internet-

based messaging application, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant WILLIAMS distributed consisted of an image and video file titled "telegram-cloud-document-1-5057768498680299660."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about June 4, 2020, in Orange County, within the Central District of California, defendant ANDREW KYLE WILLIAMS, also known as ("aka") "iammrdrew88," aka "hometech89@gmail.com," aka "iamMrDrew90," knowingly distributed an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, an Internet-based messaging application, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant WILLIAMS distributed consisted of an image and video file titled "secret-file-5100634016051101878-1."

COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about June 6, 2020, in Los Angeles County, within the Central District of California, defendant ANDREW KYLE WILLIAMS, also known as ("aka") "iammrdrew88," aka "hometech89@gmail.com," aka "iamMrDrew90," knowingly distributed an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, an Internet-based messaging application, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant WILLIAMS distributed consisted of an image file titled "telegram-cloud-photo-size-1-5112022268321572969-x."

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about June 7, 2020, in Los Angeles County, within the Central District of California, defendant ANDREW KYLE WILLIAMS, also known as ("aka") "iammrdrew88," aka "hometech89@gmail.com," aka "iamMrDrew90," knowingly distributed an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, an Internet-based messaging application, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant WILLIAMS distributed consisted of an image file titled "34e36f55-28c7-4621-bc60-6343b70b0e82."

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about March 25, 2020, in Orange County, within the Central District of California, defendant ANDREW KYLE WILLIAMS, also known as ("aka") "iammrdrew88," aka "hometech89@gmail.com," aka "iamMrDrew90," knowingly possessed, on a Dropbox account, at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant WILLIAMS possessed on the Dropbox account included, but was not limited to, a video file titled "imgsrc.ru_52567362sHu."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT SIX

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 18, 2020, in Orange County, within the Central District of California, defendant ANDREW KYLE WILLIAMS, also known as ("aka") "iammrdrew88," aka "hometech89@gmail.com," aka "iamMrDrew90," knowingly possessed a Seagate 4TB hard disk drive with serial number Z305CXHN, a Seagate 3.5" hard disk drive in a Thermaltake case with serial number CA-117-00F1WN-01LV002162, an HP ProLiant DL160 G6 hard disk drive with serial number MXQ93808FJ, a QNAP Network Attached Storage device with serial number Q165I01769, an Apple Macbook Pro laptop computer with serial number C1MPT2H1DV30, an Apple iPhone X with serial number DNQVWU17JCL6, and a Samsung Galaxy S7 phone with IMEI 355502074045291, each of which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant WILLIAMS possessed on the Seagate 4TB hard disk drive included, but was not limited to, an image and video file titled "cp hombre tiene sexo con niña amarrada de pies y manos con cinta gris.mp4."

1    The child pornography that defendant WILLIAMS possessed on the
2  Seagate 3.5" hard disk drive included, but was not limited to, an
3  image and video file titled "family.webm."

4    The child pornography that defendant WILLIAMS possessed on the
5  HP ProLiant DL160 G6 hard disk drive included, but was not limited
6  to, an image and video file titled "9yo Jenny.mpg."

7    The child pornography that defendant WILLIAMS possessed on the
8  QNAP Network Attached Storage device included, but was not limited
9  to, an image and video file titled "Pedowoman_1_yo_thai_babygurl_
10 licked.avi."

11   The child pornography that defendant WILLIAMS possessed on the
12 Apple Macbook Pro laptop computer included, but was not limited to,
13 an image file titled "telegram-cloud-document-size-1-
14 4904891770594132150-m_partial."

15   The child pornography that defendant WILLIAMS possessed on the
16 Apple iPhone X consisted of a video file titled "a26ce15-a018-45b6-
17 9576-7a2f4fa3769b.mp4."

18   The child pornography that defendant WILLIAMS possessed on the
19 Samsung Galaxy S7 phone consisted of a video file titled
20 "4_6017307296898483662.mp4."

21

22

23

24

25

26

27

28

FORFEITURE ALLEGATION

[18 U.S.C. § 2253]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of the defendant's conviction of the offenses set forth in any of the counts of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)   All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in connection with any such offense;

(b)   All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any such offense;

(c)   All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of any such offense or any property traceable to such property, including but not limited to the following:

i.   a Seagate 4TB hard disk drive with serial number Z305CXHN;

ii.   a Seagate 3.5" hard disk drive in a Thermaltake case with serial number CA-117-00F1WN-01LV002162;

iii. an HP ProLiant DL160 G6 hard disk drive with serial number MXQ93808FJ;

iv.   a QNAP Network Attached Storage device with serial number Q165I01769;

v.   an Apple Macbook Pro laptop computer with serial number C1MPT2H1DV30;

vi.   an Apple iPhone X with serial number DNQVWU17JCL6; and

vii. a Samsung Galaxy S7 phone with IMEI 355502074045291.

(d)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2253(b), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has

//

//

been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with

other property that cannot be divided without difficulty.

A TRUE BILL

_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROSALIND WANG
Assistant United States Attorney
Santa Ana Branch Office